IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CLARA DANCY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:05cv1142 T-AN |
| MERCK & CO., INC., | ) JURY DEMAND |
| Defendant. | ) |

### ORDER GRANTING STAY PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**THIS CAUSE** came before the Court on the joint motion of Plaintiff Clara Dancy and Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX®. The Court, having considered the Motion, and the entire record in the cause, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657).

SO ORDERED, ADJUDGED and DECREED, this the 10th day of June, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

JACKSON 1045671v1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01142 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Kathryn E. Barnett
LIEFF CABRASER HEIMANN & BERNSTEIN
3319 West End Ave.
Ste. 600
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT